UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-4507-CAS(JCx) | Date | August 14, 2008 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. AOB COMMERCE, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

    This Court issued an Order to Show Cause on July 25, 2008. The Court having received no response to the July 25, 2008, dismissed defendants AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC. on August 12, 2008. It has been brought to this Court's attention that an error transmitting the Order to Show Cause minute order dated July 25, 2008 to counsel had occurred.

    Upon the Court's review, the Court hereby vacates its August 12, 2008 dismissal of defendants AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC. forthwith and extends the order to show cause.

    **IT IS HEREBY ORDERED** that counsel show cause in writing not later than **August 29, 2008** why the action should not be dismissed for lack of prosecution **as to defendants AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC., only.**

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

    Plaintiff is advised that the Court will consider the following:

1)    An Answer by **defendants AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-4507-CAS(JCx) | Date | August 14, 2008 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. AOB COMMERCE, INC.; ET AL.* | | |

**TRANSPORTATION, INC.;** and **AOB VACATIONS, INC. ,** or plaintiff's request for entry of default on these **defendants AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |