```
 1  JOHN B. BULGOZDY, Cal. Bar. No. 219897
    Email: bulgozdyj@sec.gov
 2  PETER F. DEL GRECO, Cal. Bar No. 164925
    Email: delgrecop@sec.gov
 3
    Attorneys for Plaintiff
 4  Securities and Exchange Commission
    Rosalind R. Tyson, Regional Director
 5  Andrew G. Petillon, Associate Regional Director
    5670 Wilshire Boulevard, 11th Floor
 6  Los Angeles, California 90036
    Telephone: (323) 965-3998
 7  Facsimile: (323) 965-3908
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; and TERCHI LIAO a/k/a NELSON LIAO,<br><br>Defendants,<br><br>and<br><br>AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC.,<br><br>Relief Defendants. | Case No. CV 07-4507 CAS (JCx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT OF DISGORGEMENT, PREJUDGMENT INTEREST, CIVIL PENALTY, AND OFFICER AND DIRECTOR BAR AGAINST DEFENDANT TERCHI LIAO A/K/A NELSON LIAO<br><br>Date: November 24, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>(Hon. Christina A. Snyder) |

The Securities and Exchange Commission having filed a Complaint and Defendant Terchi Liao a/k/a Nelson Liao having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of a Judgment of Permanent Injunction and Other Relief filed on January 31, 2008, which is fully incorporated herein; waived findings of fact and conclusions of law; and waived any right to appeal from the Judgment of Permanent Injunction and Other Relief and this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $2,030,796.84, representing ill-gotten gains or profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $134,566.50, for a total of $2,165,363.34. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after ten days following entry of this Final Judgment. In response to any such civil contempt motion by the Commission, the defendant may assert any legally permissible defense. Payments under this paragraph shall be made to the Clerk of this Court, together with a cover letter identifying Terchi Liao a/k/a Nelson Liao as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of each such payment and letter to the Commission's counsel in this action. Defendant relinquishes all legal and equitable right, title, and interest in such payments, and no part of the funds shall be returned to Defendant. The Clerk shall deposit the funds into an interest bearing account with the Court. The Commission may propose a plan to distribute the Fund subject to the Court's approval. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $130,000 pursuant to Section 20(d) of the Securities Act of 1933, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3). Defendant shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Terchi Liao a/k/a Nelson Liao as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act, 15 U.S.C. § 78u(d)(2), Defendant Liao is permanently prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act, 15 U.S.C. § 78l, or that is required to file reports pursuant to Section 15(d) of the Exchange Act, 15 U.S.C. § 78o(d).

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 11/24/08

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE